| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Gregory G. Smith, M.D., A Professional Corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **68-0069914** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **7600 Hospital Drive, Suite G**<br>**Sacramento, CA 95823**<br>Number, Street, City, State & ZIP Code | **P.O. Box 661775**<br>**Sacramento, CA 95866**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Sacramento**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **www.gotcaremedical.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Gregory G. Smith, M.D., A Professional Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Debtor    Gregory G. Smith, M.D., A Professional Corporation      Case number (*if known*) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

             Contact name _____

             Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Gregory G. Smith, M.D., A Professional Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

 **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/14/20_
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **Chief Executive Officer**

**Miteshkumar Patel**
Printed name

**18. Signature of attorney**

X _____         Date _10/15/2020_
Signature of attorney for debtor                        MM / DD / YYYY

**Anthony Asebedo 155105**
Printed name

**Meegan, Hanschu & Kassenbrock**
Firm name

**11341 Gold Express Drive
Suite 110
Gold River, CA 95670**
Number, Street, City, State & ZIP Code

Contact phone   **(916) 925-1800**      Email address

**155105 CA**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gregory G. Smith, M.D., A Professional Corporation** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T-Internet** P.O. Box 5025 **Carol Stream, IL 60197-5025** | **(800) 331-0500** | | | | | **$1,250.10** |
| **Atlas Building Maintenance** P.O. Box 1634 **Carmichael, CA 95609** | **(916) 486-1107** | | | | | **$1,834.50** |
| **Bank of America** 180 Grand Avenue, #200 **Oakland, CA 94612** | **micah.canestaro@ bofa.com** **(510) 267-3761** | **PPP Loan, May 2020. Amount or portion of amount expected to be subject to forgiveness under federal emergency loan program.** | | | | **$365,921.00** |
| **CoPower** Dept. 34604 P.O. Box 39000 **San Francisco, CA 94139** | **(650) 348-2327** | | | | | **$2,855.05** |
| **David Kyle, D.O.** 2639 Ivy Hill Drive **Redding, CA 96002** | **David Kyle, D.O.** **djkyle@netzero.net** **(559) 331-1270** | **Professional Services** | | | | **$40,000.00** |
| **Frontier Communications** c/o Tamco Capital Corp. **4830 W. Kennedy Blvd., Suite 250 Tampa, FL 33609** | **(800) 921-8102** | | **Disputed** | | | **$1,776.73** |
| **Henry Schein** P.O. Box 7156 **Pasadena, CA 91109** | **henryschein@billtr ust.com** **(800) 472-4346** | | | | | **$7,814.96** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Gregory G. Smith, M.D., A Professional Corporation** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marina Mendrez 7 Fawnbrook Court Sacramento, CA 95823** | **(916) 417-7659** | | | | | **$3,000.00** |
| **NextGen Healthcare, Inc. P.O. Box 511449 Los Angeles, CA 90051** | **(888) 407-3126** | | | | | **$4,775.10** |
| **Optum Insight P.O. Box 84019 Chicago, IL 60689-4002** | **cps_billing@optum .com (888) 445-8745** | | | | | **$666.54** |
| **Ossia Solutions 7151 N. Cedar Ave., Suite 103 Fresno, CA 93720** | **ranjeetsidhu@gmai l.com (559) 696-6660** | | | | | **$2,600.00** |
| **Quest Diagnostics Clinical Laboratories P.O. Box 633545 Cincinnati, OH 45263-3545** | **(866) 697-8378** | | | | | **$2,508.66** |
| **Ruben Gonzalez Enriquez 6535 Golden Bobcat Ct. Winton, CA 95388** | **rubengenriquez10 @gmail.com (209) 230-7564** | | | | | **$500.00** |
| **Sacramento County Utilities 9700 Goethe Road, Suite C Sacramento, CA 95827-3500** | **(916) 875-5555** | | | | | **$591.24** |
| **SANTIS INVESTMENTS 10218 Lander Avenue Turlock, CA 95380** | | | | | | **$3,772.58** |
| **SCI Depository Staff Care Inc Lockbox 281923 6000 Feldwood Road Atlanta, GA 30349** | **Crystal.Goggio@a mnhealthcare.com (866) 352-5949** | | | | | **$126,160.40** |
| **Severaid & Glahn, PC 1787 Tribute Road, Suite D Sacramento, CA 95815** | **(916) 929-8383** | | | | | **$5,170.11** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Gregory G. Smith, M.D., A Professional Corporation** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TAMCO/BALBOA CAPITAL P.O. Box 79445 City of Industry, CA 91716-9445** | **customerservice@ vendorservicescen ter.com (866) 991-7955** | | | | | **$1,956.06** |
| **US BANK EQUIPMENT LEASE 1310 Madrid Street, Suite 101 Marshall, MN 56258** | **EFCUSTOMERSUP PORT@USBANK.C OM (800) 328-5371** | | | | | **$8,108.07** |
| **Vitalograph P.O. Box 843780 Kansas City, MO 64184-3780** | **vitcs@vitalograph. com (800) 255-6626** | | | | | **$500.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**United States Bankruptcy Court**
Eastern District of California

In re   **Gregory G. Smith, M.D., A Professional Corporation**      Case No. _____
                                                Debtor(s)           Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Miteshkumar Patel**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Gregory G. Smith, M.D., A Professional Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Miteshkumar Patel, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Miteshkumar Patel, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Miteshkumar Patel, Chief Executive Officer** of this Corporation is authorized and directed to employ **Anthony Asebedo 155105**, attorney and the law firm of **Meegan, Hanschu & Kassenbrock** to represent the corporation in such bankruptcy case."

Date  _10/14/20_          Signed _____
                                        Miteshkumar Patel

## Resolution of Board of Directors
### of
### Gregory G. Smith, M.D., A Professional Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Miteshkumar Patel, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Miteshkumar Patel, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Miteshkumar Patel, Chief Executive Officer of this Corporation is authorized and directed to employ Anthony Asebedo 155105, attorney and the law firm of Meegan, Hanschu & Kassenbrock to represent the corporation in such bankruptcy case.

Date _____10/14/20_____     Signed _____

Date _____     Signed _____