UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy Case No. (if known): |
|---|---|
| GREGORY G. SMITH, M.D., A PROFESSIONAL CORPORATION Debtor(s). | |

*The following additional information is required when filing this form in an adversary proceeding.*

| | Adversary Proceeding No. (if known): |
|---|---|
| v.　　　　　　　　Plaintiff(s), | |
| 　　　　　　　　Defendant(s). | |

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

Gregory G. Smith, M.D., a Professional Corporation
*[Insert name of corporate debtor/party]*

**Check one:**　☒ DEBTOR　　☐ PLAINTIFF　　☐ DEFENDANT　　☐ OTHER *(specify):* _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check <u>one</u> of the statements set forth below and provide any information as directed.*

☐ 1. **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

　　Name: _____
　　Address: _____

　　Name: _____
　　Address: _____

　　Name: _____
　　Address: _____

　　Name: _____
　　Address: _____

(For additional names, attach an addendum to this form.)

☒ 2. **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct. 14, 2020

_____
Signature of Authorized Individual for Corporate Debtor/Party

Miteshkumar Patel
Printed Name of Authorized Individual for Corporate Debtor/Party

Chief Executive Officer
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)