4:12 PM
10/12/20
Accrual Basis

# Gregory Smith MD Inc
# Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Cash | |
| 10100 · Petty Cash | |
| 10102 · Petty Cash - Carmelita Yambalia | 3,300.00 |
| Total 10100 · Petty Cash | 3,300.00 |
| 10200 · Bank Accounts | |
| 10271 · Wells Fargo (5423) | 4,010.97 |
| 10272 · Wells Fargo (7878) | 13,469.18 |
| 10273 · WELLS FARGO ACCT#6665(Folsom) | 4,932.10 |
| 10274 · Bank of the West 8890 | 181,536.68 |
| Total 10200 · Bank Accounts | 203,948.93 |
| Total 10000 · Cash | 207,248.93 |
| **Total Checking/Savings** | 207,248.93 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | |
| 12200 · A/R - Intercompanies | |
| 12230 · Intercompany A/R - Live Well | 128,556.14 |
| 12231 · Intercompany A/R - Palatnik | 4,685.68 |
| 12232 · Intercompany A/R - Nivano IPA | 36,000.00 |
| Total 12200 · A/R - Intercompanies | 169,241.82 |
| Total 12000 · Accounts Receivable | 169,241.82 |
| **Total Accounts Receivable** | 169,241.82 |
| **Other Current Assets** | |
| 13000 · Short-Term Loans Receivable | |
| 13400 · S/T L/R - Officers & Directors | 73,483.70 |
| Total 13000 · Short-Term Loans Receivable | 73,483.70 |
| 14000 · Other Current Assets | |
| 14100 · Prepaid Expenses | |
| 14101 · Prepaid Insurance | 11,005.32 |
| 14103 · Prepaid Services | 7,214.60 |
| 14105 · Prepaid Retainer Fees | 25,000.00 |
| Total 14100 · Prepaid Expenses | 43,219.92 |
| Total 14000 · Other Current Assets | 43,219.92 |
| **Total Other Current Assets** | 116,703.62 |
| **Total Current Assets** | 493,194.37 |
| **Fixed Assets** | |
| 15000 · Property and Equipment | |
| 15100 · Property & Equipment | |
| 15110 · Building & Improvements | 21,250.00 |
| 15130 · Office Equipment | 28,374.22 |
| 15140 · Software | 9,435.63 |
| Total 15100 · Property & Equipment | 59,059.85 |
| 15900 · Accumulated Depreciation | |

4:12 PM  
10/12/20  
Accrual Basis

## Gregory Smith MD Inc
## Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 |
|---|---|
| 15910 · Accum. Depre. - Building & Impr | -11,687.35 |
| 15930 · Accum. Depre. - Off. Equipment | -6,056.56 |
| 15940 · Accum. Depre. - Software | -2,028.37 |
| **Total 15900 · Accumulated Depreciation** | **-19,772.28** |
| **Total 15000 · Property and Equipment** | **39,287.57** |
| **Total Fixed Assets** | **39,287.57** |
| Other Assets |  |
|   18000 · Long Term Investments |  |
|     18100 · Investments in Equity |  |
|       18103 · Investments in Live Well | 270,000.00 |
|       18104 · Investments in Folsom | 42,800.00 |
|       18105 · Investments in Larry Feliciano | 150,000.00 |
|     **Total 18100 · Investments in Equity** | **462,800.00** |
|   **Total 18000 · Long Term Investments** | **462,800.00** |
| **Total Other Assets** | **462,800.00** |
| **TOTAL ASSETS** | **995,281.94** |
| LIABILITIES & EQUITY |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Accounts Payable |  |
|         20000 · Accounts Payable |  |
|           20100 · A/P - Trade |  |
|             20110 · A/P - Vendors | 179,093.45 |
|           **Total 20100 · A/P - Trade** | **179,093.45** |
|           20200 · A/P - Intercompanies |  |
|             20201 · Intercompany A/P - MedPharm | 160.00 |
|             20213 · Intercompany A/P - MG Hosting | 54,870.82 |
|             20216 · Intercompany A/P - Meditab | 67,471.30 |
|             20221 · Intercompany A/P - Dr Catalyst | 134,752.44 |
|             20227 · Intercompany A/P – Nexus HR | 7,800.00 |
|             20231 · Intercompany A/P – Palatnik | 49,965.63 |
|           **Total 20200 · A/P - Intercompanies** | **315,020.19** |
|         **Total 20000 · Accounts Payable** | **494,113.64** |
|       **Total Accounts Payable** | **494,113.64** |
|       Other Current Liabilities |  |
|         Payable Gregory Smith | -1,211,114.42 |
|         20500 · Unearned Revenue |  |
|           20510 · U/R - Cares Act | 453,921.00 |
|         **Total 20500 · Unearned Revenue** | **453,921.00** |
|         22000 · Taxes Payable |  |
|           22700 · Fed PR Taxes Payable |  |
|             22750 · 401K Withheld | 10,000.00 |
|           **Total 22700 · Fed PR Taxes Payable** | **10,000.00** |
|           22800 · State PR Taxes Payable |  |
|             22840 · Child Support Payable | -150.90 |

4:12 PM
10/12/20
Accrual Basis

# Gregory Smith MD Inc
## Balance Sheet
### As of September 30, 2020

| | Sep 30, 20 |
|---|---|
| Total 22800 · State PR Taxes Payable | -150.90 |
| Total 22000 · Taxes Payable | 9,849.10 |
| 23000 · Short-Term Loans Payable | |
|   23100 · Short Term L/P-Outside Creditor | |
|     23109 · Short Term L/P - Dr. Smith | 40,000.00 |
|   Total 23100 · Short Term L/P-Outside Creditor | 40,000.00 |
|   23300 · Short Term L/P - Intercompany | |
|     23316 · Short Term L/P - Meditab | 430,000.00 |
|     23319 · Short Term L/P - MedVision | 180,000.00 |
|     23331 · Short Term L/P - Palatnik | 145,000.00 |
|     23332 · Short Term L/P - Nivano IPA | 149,800.00 |
|   Total 23300 · Short Term L/P - Intercompany | 904,800.00 |
| Total 23000 · Short-Term Loans Payable | 944,800.00 |
| Total Other Current Liabilities | 197,455.68 |
| Total Current Liabilities | 691,569.32 |
| **Total Liabilities** | 691,569.32 |
| Equity | |
|   39000 · Retained Earnings | 336,295.00 |
|   Net Income | -32,582.38 |
| Total Equity | 303,712.62 |
| **TOTAL LIABILITIES & EQUITY** | 995,281.94 |

4:12 PM
10/12/20
Accrual Basis

# Gregory Smith MD Inc
# Profit & Loss
### January through September 2020

|  | Jan - Sep 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     43700 · Fee Income | |
|        Nursing Home Income | 322,346.44 |
|        43710 · Fee for Service | 303,976.98 |
|        43720 · Medicare | 95,237.91 |
|        43730 · Prop 56 | 606,144.21 |
|        43740 · Copay | 25,345.16 |
|        43750 · Medical Records | 1,715.00 |
|        43760 · 7-11 Income | 144,000.00 |
|        43790 · Other Services | 1,893.64 |
|     Total 43700 · Fee Income | 1,500,659.34 |
|     43800 · Capitation Income | 1,170,329.16 |
|     43900 · Quality Bonus Income | 450.00 |
|     47200 · Medical Directorship | 4,500.00 |
| **Total Income** | 2,675,938.50 |
| **Cost of Goods Sold** | |
|     58000 · Cost of Goods Sold | -747.21 |
| **Total COGS** | -747.21 |
| **Gross Profit** | 2,676,685.71 |
| **Expense** | |
|     61011 · Other Business Expenses | 0.00 |
|     62000 · Advertising & Promotions | |
|        62100 · Advertising and Promotions | 956.44 |
|        62200 · Printing & Reproduction | 450.00 |
|     Total 62000 · Advertising & Promotions | 1,406.44 |
|     63000 · Compensation & Benefits | |
|        63020 · Wages | 1,591,052.23 |
|        63040 · Overtime | 41,915.67 |
|        63070 · Bonus | 102,990.25 |
|        63080 · Vacation and Sickness | 104,795.66 |
|        63090 · Medicare | 26,000.31 |
|        63100 · Social Security | 100,796.85 |
|        63110 · Unemployment - Local | 4,388.85 |
|        63120 · Unemployment - Federal | 1,969.47 |
|        63130 · Workmen Compensation Insurance | 33,993.04 |
|        63200 · Medical Insurance | 72,466.11 |
|        63900 · Outsourced Payroll Expenses | |
|           63940 · Payroll Processing Fees | 4,037.12 |
|           63990 · Manual Check | -4,176.25 |
|        Total 63900 · Outsourced Payroll Expenses | -139.13 |
|     Total 63000 · Compensation & Benefits | 2,080,229.31 |
|     64000 · Meals & Travel Expenses | |
|        64010 · Meals & Business Entertainment | 2,681.92 |
|     Total 64000 · Meals & Travel Expenses | 2,681.92 |

4:12 PM
10/12/20
Accrual Basis

# Gregory Smith MD Inc
## Profit & Loss
### January through September 2020

| | Jan - Sep 20 |
|---|---:|
| **65000 · Vehicle & Related Expense** | |
| 65030 · Motor Fuel Expenses | 119.34 |
| 65060 · Mileage Expenses | 2,457.62 |
| **Total 65000 · Vehicle & Related Expense** | 2,576.96 |
| **66000 · Supplies Expenses** | |
| 66010 · Office Supplies | 21,404.83 |
| 66050 · Software Supplies | 54.88 |
| 66060 · Medical Supplies | 29,808.12 |
| **Total 66000 · Supplies Expenses** | 51,267.83 |
| **67000 · Postage and Deliveries Expense** | |
| 67010 · Postage & Mailing Services | 1,132.03 |
| 67020 · Messenger Delivery Services | 325.31 |
| **Total 67000 · Postage and Deliveries Expense** | 1,457.34 |
| **68000 · Rent Expense** | |
| 68010 · Rent- Building & Other Property | 154,283.93 |
| 68020 · Rent - Equipment | 8,337.08 |
| **Total 68000 · Rent Expense** | 162,621.01 |
| **69000 · Repairs & Maintenance** | |
| 69010 · Building Repairs | 12,083.20 |
| 69020 · Equipment Repairs | 1,360.00 |
| 69040 · Medical Waste Management | 3,974.83 |
| 69050 · Waste Management Expense | 3,143.84 |
| **Total 69000 · Repairs & Maintenance** | 20,561.87 |
| **71000 · Outside Services Expense** | |
| 71010 · Consulting Fees | 5,000.00 |
| 71060 · Legal Fees | 1,307.00 |
| 71070 · Merchant Processing Fees | 3,932.09 |
| 71080 · EHR Software Expenses | 35,684.10 |
| 71090 · Human Resources Services | 34,619.89 |
| 71120 · Admin. Medical Services | 220,075.55 |
| 71130 · Web-Hosting Fees | 34,363.29 |
| 71150 · Medical/Surgeon Fees | 105,056.58 |
| 71160 · Outside Labor | 21,190.17 |
| 71170 · Janitor Service Expense | 7,216.00 |
| 71180 · Laboratory Fees | 839.00 |
| 71190 · Education and Seminars | 1,000.00 |
| **Total 71000 · Outside Services Expense** | 470,283.67 |
| **72000 · Telephone & Internet Expense** | |
| 72010 · Telephone Expense | 38,786.78 |
| 72090 · Other Communication Expenses | 543.84 |
| **Total 72000 · Telephone & Internet Expense** | 39,330.62 |
| **73000 · Utilities Expense** | |
| 73010 · Electricity Service | 4,589.42 |
| 73020 · Water Service | 1,311.60 |
| **Total 73000 · Utilities Expense** | 5,901.02 |

4:12 PM
10/12/20
Accrual Basis

# Gregory Smith MD Inc
## Profit & Loss
### January through September 2020

|  | Jan - Sep 20 |
|---|---:|
| **74000 · Security Services Expense** | |
| 74010 · Security Services | 198.39 |
| 74020 · Security Alarms | 418.50 |
| **Total 74000 · Security Services Expense** | 616.89 |
| **76000 · Insurance Expense** | |
| 76020 · Liability Insurance | 567.27 |
| 76050 · Professional Liability | 28,978.62 |
| **Total 76000 · Insurance Expense** | 29,545.89 |
| **77000 · Taxes & Fees Expenses** | |
| 77010 · Corporate Filing Fees | 200.00 |
| 77020 · Licenses & Permits Fees | 4,233.18 |
| 77030 · Business Tax | 1,569.76 |
| 77060 · Property Tax - Personal | 64.38 |
| **Total 77000 · Taxes & Fees Expenses** | 6,067.32 |
| **78000 · Depre. & Amort. Expenses** | |
| 78010 · Depre. Exp. - Building & Improv | 5,312.43 |
| 78030 · Depre. Exp. - Off. Equipment | 4,381.91 |
| 78040 · Depre. Exp. - Software | 1,820.45 |
| **Total 78000 · Depre. & Amort. Expenses** | 11,514.79 |
| **79000 · Other Operating Expenses** | |
| 79010 · Dues Memberships & Subscription | 608.00 |
| 79020 · Charitable Contributions | 1,500.00 |
| 79040 · Bank Service Charges | 849.50 |
| 79090 · Miscellaneous Expense | 1,404.09 |
| **Total 79000 · Other Operating Expenses** | 4,361.59 |
| **Total Expense** | 2,890,424.47 |
| **Net Ordinary Income** | -213,738.76 |
| **Other Income/Expense** | |
| Other Income | |
| 80000 · Other Income | |
| 88000 · Government Grant & Assistance | 73,528.41 |
| 89000 · Miscellaneous Income | 8,563.00 |
| 89100 · Management Income | 100,564.97 |
| Total 80000 · Other Income | 182,656.38 |
| **Total Other Income** | 182,656.38 |
| Other Expense | |
| 90000 · Other Non-Operating Expense | |
| 92000 · Interest Expense | 1,500.00 |
| Total 90000 · Other Non-Operating Expense | 1,500.00 |
| **Total Other Expense** | 1,500.00 |
| **Net Other Income** | 181,156.38 |
| **Net Income** | -32,582.38 |