EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: edmund.gee@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 20-24783 – A – 11 |
| Gregory G. Smith, M.D., A Professional Corporation, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Lisa Holder
> 3710 Earnhardt Drive
> Bakersfield, CA 93306
> Phone: (661) 205-2385
> Email: lholder@lnhpc.com:

Dated: October 19, 2020   TRACY HOPE DAVIS
              UNITED STATES TRUSTEE


              /s/ Edmund Gee
              Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee