UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:                                             CASE NO. 20-24783 – A – 11

Gregory G. Smith, M.D.,                 CHAPTER 11
A Professional Corporation,

                         Debtor(s)

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)      am not a creditor, equity security holder or insider of the debtor;

(b)      am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)      do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an _hourly_ rate of $ _300.00_, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 2020.10OCT.19                         /s/ _____    Original
                                                                [SIGNATURE BLOCK]
                                                                Lisa Holder
                                                                3710 Earnhardt Drive
                                                                Bakersfield, CA 93306
                                                                661.205.2385
                                                                Lholder@Lnhpc.com

1