ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for the Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| In re:<br><br>GREGORY G. SMITH, M.D.,<br>A PROFESSIONAL<br>CORPORATION,<br><br>Debtor. | Case No. 20-24783-A-11<br>Docket Control No. MHK-3<br><br>[NO HEARING SET]<br><br>**Hon. Fredrick E. Clement** |

**SUPPLEMENTAL DECLARATION OF ANTHONY ASEBEDO
PURSUANT FED. R. BANKR. P. 2016(b)
FOR DEBTOR IN POSSESSION'S APPLICATION TO
EMPLOY MEEGAN, HANSCHU & KASSENBROCK
<u>AS ATTORNEYS EFFECTIVE OCTOBER 15, 2020</u>**

I, Anthony Asebedo, hereby declare:

1. I am over eighteen years of age and I am an attorney employed by the law firm of Meegan, Hanschu & Kassenbrock ("MHK"), proposed attorneys for Gregory G. Smith, M.D., a Professional Corporation (the "Debtor"). I am personally familiar with MHK's timekeeping and billing practices and its business records regarding the Debtor. The following is true of my own knowledge and if called as a witness I could and would competently testify thereto.

2. This supplemental declaration is filed in connection with MHK's employment as general bankruptcy counsel to the Debtor. MHK's employment as general counsel was approved by way of an order dated November 10, 2020 (Doc. 62).

3.　　This supplemental declaration is filed pursuant to Federal Rule of Bankruptcy Procedure 2016(b), to disclose the following: On or about February 2, 2021, MHK received from the Debtor a payment in the amount of $15,527.95, by way of a check on the Debtor's debtor-in-possession bank account at WestAmerica Bank. The $15,527.95 amount was deposited into MHK's client trust account, where that amount (like the amount of the pre-petition retainer described in my previous declaration filed October 30, 2020 (Doc. 44)), is to remain until such time as the court orders otherwise.

　　　　I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Gold River, California on the date set forth below. As to those matters set forth above which are based on information and belief, if any, I believe them to be true.

Dated: Feb. 3, 2021

_____
Anthony Asebedo

-2-

aa:\mhk-3 counsel employ dec supp