1  ANTHONY ASEBEDO (State Bar No. 155105)
   **MEEGAN, HANSCHU & KASSENBROCK**
2  Attorneys at Law
   11341 Gold Express Drive, Suite 110
3  Gold River, CA  95670
   Telephone:  (916) 925-1800
4  Facsimile:  (916) 925-1265

5  Attorneys for the Debtor in Possession

6

7                    UNITED STATES BANKRUPTCY COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         [Sacramento Division]

10  In re:                              Case No. 20-24783-A-11
                                        Docket Control No. MHK-4
11  GREGORY G. SMITH, M.D.,
    A PROFESSIONAL                      Continued Hearing
12  CORPORATION,                        Date:  April 20, 2021
                                        Time:  1:30 p.m.
13                        Debtor.        Dept:  A (Courtroom 28)
                                        **Hon. Fredrick E. Clement**
14

15            **SECOND JOINT STATUS REPORT FOR
       DEBTOR IN POSSESSION'S OBJECTION TO PROOF OF CLAIM
16       NO. 1 FILED BY MEMORY REHABILITATION MED. GROUP**

17        Gregory G. Smith, M.D., a Professional Corporation, as debtor in possession (the

18  "Debtor") and Memory Rehabilitation Medical Group (the "Claimant") hereby submit

19  their Second Joint Status Report for the above-referenced contested matter.

20                         **I.  PROCEDURAL POSTURE**

21        1.     At the initial hearing on December 21, 2020, the parties argued their

22  positions, and the court continued the hearing to February 22, 2021, thereby permitting

23  the parties to serve discovery.

24        2.     The Debtor served on the Claimant a set of interrogatories and a request

25  for production of documents.  Responses were due on or about February 10, 2021, and

26  although counsel granted a modest extension of time to respond, the extension has

27  lapsed.  To date, the Claimant has provided only an unverified and partial response, and

28  the Claimant's counsel has awaited the Claimant's full response.

aa:\mhk-4 otc claim 01 stat rep2

3.      Meanwhile, the Debtor has requested a second extension of time to file a Plan of Reorganization in the case, and the request is to be heard on April 6, 2021. Because a Plan has yet to be filed, resolution of this objection to claim is not particularly time-sensitive, and given the modest amount in controversy, the Debtor, if possible, wishes to avoid any unnecessary expense associated with proceedings to compel a response to the pending discovery.

## II.  SUGGESTIONS FOR BRIEFING SCHEDULE

4.      The parties suggest that a continued hearing be set on the Objection for May 17, 2021 at 1:30 p.m., at which time a final hearing could be set.

Dated: _4-2-21_                           REYNOLDS LAW CORPORATION


By: _____
Stephen M. Reynolds
Attorneys for the Claimant

Dated: _Ap
 2, 2021_                        MEEGAN, HANSCHU & KASSENBROCK


By: _____
Anthony Asebedo
Attorneys for the Debtor

aa:\mhk-4 otc claim 01 stat rep2